FILED

10 FEB 12 PM 1:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  ERIC H. HOLDER JR
   Attorney General
2
   THOMAS E. PEREZ
3  Assistant Attorney General
   Civil Rights Division
4
   GEORGE S. CARDONA
5  Acting United States Attorney
   MICHELE C. MARCHAND (#93390)
6  Assistant United States Attorney
   Central District of California
7
   T. CHRISTIAN HERREN JR
8  ROBERT POPPER
   AMANDA GREGORY (#234129)
9  Attorneys
   Voting Section
10 Civil Rights Division
   United States Department of Justice
11 950 Pennsylvania Ave, N.W. - NWB Room 7254
   Washington, D.C. 20530
12 Fax: (202) 307-3961
   Tel: (202) 305-7540
13 amanda.gregory@usdoj.gov

14 Attorneys for Plaintiff
   United States of America
15

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, CALIFORNIA; THE RIVERSIDE COUNTY BOARD OF SUPERVISORS; and THE RIVERSIDE COUNTY REGISTRAR OF VOTERS, BARBARA DUNMORE, in her official capacity,<br><br>Defendants. | CIVIL ACTION NO. CV10-01059-SJO<br><br>**THREE-JUDGE COURT**<br><br>**COMPLAINT ALLEGING VIOLATIONS OF SECTION 203 OF THE VOTING RIGHTS ACT** |

Plaintiff United States of America, alleges:

## JURISDICTION

1. The Attorney General files this action pursuant to Sections 203 and 204 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §§ 1973aa-1a and 1973aa-2. The Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1345, 2284, 42 U.S.C. § 1973aa-2, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. The claim pursuant to Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a, as amended ("Section 203"), must be heard and determined by a court of three judges. See 42 U.S.C. § 1973aa-2.

2. Venue is proper in this Court as the events relevant to this action occurred in Riverside County, California, which is located in this district.

## PARTIES

3. The Attorney General is authorized by Section 204 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973aa-2, to file this action on behalf of Plaintiff UNITED STATES of AMERICA.

4. Defendant COUNTY OF RIVERSIDE ("COUNTY" or "RIVERSIDE") is a geographical and political subdivision of the State of California.

5. Defendant RIVERSIDE COUNTY BOARD OF SUPERVISORS is a five member board that is the governing body and primary budgetary authority of the County. See Cal. Gov. Code § 25252. The Board of Supervisors enacts ordinances and resolutions, adopts the annual budget, approves contracts, and appropriates funds.

6. Defendant RIVERSIDE COUNTY REGISTRAR OF VOTERS, Barbara Dunmore, is responsible for the administration of election day activities. See Cal. Gov. Code § 26802. This includes the hiring, assignment, and training of poll workers, and the production of election materials, as well as other aspects of

elections and voting procedures in the County. Defendant Barbara Dunmore is sued in her official capacity.

## ALLEGATIONS

7. According to the 2000 Census, Riverside County had a total population of 1,545,385 persons, of whom 559,330 (36.2%) were Hispanic persons. The citizen voting age population was 918,775 persons, of whom 204,215 (22.2%) were Hispanic persons. There has been a steady growth in the County's Hispanic population since the 2000 Census. According to the Census Bureau's 2007 American Community Survey, the County has a total population of 2,073,571, of whom 896,116 (43.2%) are Hispanic.

8. According to the 2000 Census, of the Hispanic voting age citizens in the County, 49,495 persons (24.2%) were limited English proficient.

9. Riverside County is subject to the requirements of Section 203 for the Spanish language, pursuant to the designation by the Director of the Census. The County has been continuously covered under Section 203 to provide bilingual elections in Spanish since September 18, 1992. See 57 Fed. Reg. 43,213 (Sept. 18, 1992); 67 Fed. Reg. 48,871 (July 26, 2002). The Census Bureau designated Riverside County for Spanish under Section 203 in 1975, see 40 Fed. Reg. 41,827 (Sept. 9, 1975), but the County was not designated under Section 203 in 1984, see 49 Fed. Reg. 25,887 (June 25, 1984). The determination of the Census Bureau that the County is covered by Section 203 for Spanish is final and non-reviewable. See 42 U.S.C. § 1973aa-1a(b)(4).

10. Because Riverside County is subject to the requirements of Section 203, "any registration or voting notice, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots" that

Defendants provide in English must also be furnished in Spanish. See 42 U.S.C. § 1973aa-1a(c).

## CAUSE OF ACTION

11. Plaintiff hereby alleges and incorporates by reference paragraphs one through nine above.

12. In conducting elections in the County, Defendants have failed to provide election-related information and assistance to Spanish-speaking voters, as required by Section 203, by failing to recruit, appoint, train, and maintain an adequate pool of bilingual poll workers capable of providing Spanish-speaking voters with necessary and effective language assistance throughout the County on election day.

13. Defendants have also failed to provide election-related information and assistance in Spanish to Spanish-speaking voters, as required by Section 203, by failing to provide certain election-related information, including but not limited to information publicizing elections, in a manner that ensures that Spanish-speaking voters throughout the County have an opportunity to be informed about election-related activities.

14. Defendants' failure to provide Spanish-speaking citizens of Riverside County with Spanish language election information and assistance, as described above, constitutes a violation of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a.

15. Unless enjoined by this Court, Defendants will continue to violate Section 203 by failing to provide limited English proficient Spanish-speaking citizens of Riverside County with Spanish language election information and assistance necessary for their effective participation in the political process.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff United States prays that this Court enter an order:

(1) Declaring that Defendants have failed to provide election-related information and assistance to Spanish-speaking voters as required by Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a;

(2) Enjoining Defendants, their employees, agents, and successors in office, and all persons acting in concert with them, from failing to provide Spanish language election-related information and assistance to persons with limited English proficiency as required by Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a;

(3) Requiring Defendants to develop, publicize, and implement a remedial plan to ensure that Spanish-speaking voters with limited English proficiency are able to understand, learn of, and participate in all phases of the electoral process as required by Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a; and

(4) Authorizing the appointment of federal observers for elections held in Riverside County pursuant to Section 3(a) of the Voting Rights Act, 42 U.S.C. § 1973a(a).

Date: January 29, 2010

ERIC H. HOLDER JR
Attorney General

GEORGE S. CARDONA
Acting United States Attorney
Central District of California

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

By: _____
MICHELE C. MARCHAND (#93390)
Assistant United States Attorney
312 North Spring Street
Los Angeles, CA 90012

T. CHRISTIAN HERREN JR
ROBERT POPPER
AMANDA GREGORY (#234129)
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., NW
NWB Room 7254
Washington, D.C. 20530
Phone: (202) 305-7540
Fax: (202) 307-3961
amanda.gregory@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

**CV10- 1059 SJO (OPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States of America

**DEFENDANTS**
County of Riverside, California; the Riverside County Board of Supervisors; and the Riverside County Registrar of Voters, Barbara Dunmore, in her official capacity

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Amanda Gregory (202) 305-7540
US Department of Justice, Civil Rights Division, Voting Section
950 Pennsylvania Ave NW - NWB Room 7254 Washington, DC 20530

**Attorneys (If Known)**
Dana Smith (951) 955-6300
Deputy County Counsel, County of Riverside
3960 Orange St., Fifth Floor Riverside, CA 92501

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
complaint alleges violations of Section 203 of the Voting Rights Act, 42 U.S.C. 1973aa-1a

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☒ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number:  CV10-01059

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 2/2/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |