1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
4  DENNIS MITCHELL (#116039)
   Assistant United States Attorney
5  1200 United States Courthouse
   312 North Spring Street
6  Los Angeles, California 90012
7  Fax: (213) 894-2484
   Tel: (213) 894-6436
8  Email: dennis.mitchell@usdoj.gov

9
   THOMAS E. PEREZ
10 Assistant Attorney General
   Civil Rights Division
11
12 T. CHRISTIAN HERREN, JR.
   ROBERT POPPER
13 CATHERINE MEZA (NY State Bar #4517066)
   Civil Rights Division, Voting Section
14 United States Department of Justice
15 950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530
16 Fax: (202) 307-3961
17 Tel: (202) 305-0132
   Email: catherine.meza@usdoj.gov
18
19 Attorneys for Plaintiff
   United States of America
20
             IN THE UNITED STATES DISTRICT COURT
21       FOR THE CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION
22

23 UNITED STATES OF AMERICA,            ) CIVIL ACTION NO.
                                        )
24         Plaintiff,                   ) CV 10-1059 SJO-JHN-RCT
                                        )
25      v.                              )
                                        ) **THREE-JUDGE COURT**
26 COUNTY OF RIVERSIDE,                 )
   CALIFORNIA, et al.,                  ) **NOTICE OF VOLUNTARY
27                                      ) DISMISSAL PURSUANT TO
           Defendants.                  ) FED. R. CIV. P. 41(a)(1)(A)(i)**
28

1     Plaintiff United States of America filed the complaint in this action on February

2  12, 2010, alleging claims under Section 203 of the Voting Rights Act, 42 U.S.C. §§

3  1973aa-1a. Doc. No. 1. At the time the complaint was filed, the parties also filed a

4  joint stipulation authorizing the appointment of federal observers for Riverside

5  County, California, pursuant to Section 3(a) of the Voting Rights Act, 42 U.S.C.

6  1973a(a), through March 31, 2013; and providing that the defendants' time to answer

7  would be extended to March 31, 2013, to coincide with the terms of a voluntary

8  agreement between the parties resolving all of the claims in this action. Doc. No. 3,

9  and Ex. 1. The parties further stipulated that, if the defendants fulfilled their

10  obligations under the agreement consistent with the provisions of the Voting Rights

11  Act, the United States would voluntarily dismiss the complaint at that time pursuant to

12  Fed. R. Civ. P. Rule 41(a)(1)(A). Doc. No. 3, ¶7.

13     Pursuant to the Court's April 8, 2010 (Doc. No. 12) and April 30, 2010 (Doc.

14  No. 17) Minute Orders, the parties filed joint status reports on April 19, 2010 (Doc.

15  No. 14), and on July 25, 2011 (Doc. No. 20). Pursuant to Section 8 of the Voting

16  Rights Act, 42 U.S.C. §§ 1973f, federal observer reports were filed with the Court on

17  June 30, 2010 (Doc. No. 18), and on January 4, 2011 (Doc. No. 19).

18     Plaintiff United States hereby notifies this Court that the defendants have

19  fulfilled their obligations under the agreement consistent with the provisions of the

20

21

22

23

24

25

26

27

28

Voting Rights Act.  As no responsive pleading has been filed in this action, the United

States hereby files this notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i).


Respectfully Submitted,


For Plaintiff:

ANDRÉ BIROTTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (#116039)
Assistant United States Attorney
Central District of California


THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division


T. CHRISTIAN HERREN, JR.
ROBERT POPPER
CATHERINE MEZA
Attorneys
Civil Rights Division, Voting Section
United States Department of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Fax: (202) 307-3961
Tel: (202) 305-0132
Email: catherine.meza@usdoj.gov


April 8, 2013

**Declaration of Service**

I certify that on April 8, 2013, a true and correct copy of the foregoing Notice of Voluntary Dismissal has been sent via electronic mail to the following counsel of record:

Larisa R. McKenna
Deputy County Counsel
Riverside County
3960 Orange Street, Fifth Floor
Riverside, CA 92501
LRMcKenna@co.riverside.ca.us

*Attorney for Defendants Riverside County, Riverside County Board of Supervisors, and Riverside County Registrar of Voters, Kari Verjil, in her official capacity*

_____
Catherine Meza
U.S. Department of Justice

2